UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES GOODRIDGE, | § | |
| Individually and on behalf of other | § | |
| employees similarly situated | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1164 |
| | § | |
| HEWLETT PACKARD COMPANY, | § | |
| Defendant. | | |

## ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Having considered Defendant's Motion for Protective Order and the response thereto, this Court is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion for Protective Order is DENIED.

SIGNED and ENTERED this 5th day of August, 2008.

_____
Kenneth M. Hoyt
United States District Judge