IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES GOODRIDGE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| HEWLETT-PACKARD COMPANY | § | 4:08-cv-01164 |
| | § | |
| Defendant | § | |

## ORDER

The Court, having considered Hewlett-Packard's Motion to Approve Settlement of FLSA Claim and any responses and replies thereto, is of opinion that the Motion should be **GRANTED**. It is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Hewlett-Packard's Motion to Approve Settlement of FLSA Claim is GRANTED and that Plaintiff's claims are hereby dismissed with prejudice in their entirety.

This is a final judgment.

SIGNED this the 23rd day of February, 2009.

KENNETH HOYT
UNITED STATES DISTRICT JUDGE